UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMEER BERNARD | CIVIL ACTION |
| VERSUS | |
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, ET AL. | NO. 23-00758-BAJ-EWD<br>C/W NO. 23-01348-BAJ-EWD |

### RULING AND ORDER

Considering the **Video Settlement Conference Report And Recommendation (Doc. 31)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter, and requests a 60-day conditional order of dismissal,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown and within 60 days, to reopen the action if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 30th day of August, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA